**DISMISS and Opinion Filed September 10, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00140-CR**

**EX PARTE MICHAEL SCHAEFER SIKES**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 02-20-0153**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Garcia

We **REINSTATE** this appeal.

On September 2, 2021, appellant filed a motion for voluntary dismissal of the appeal. The motion is signed by appellant and by counsel. *See* TEX. R. APP. P. 42.2(a). We **GRANT** the motion and **DISMISS** the appeal. *See id*. 43.2(f).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
210140F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

EX PARTE MICHAEL SCHAEFER
SIKES

No. 05-21-00140-CR

On Appeal from the 382nd Judicial
District Court, Rockwall County,
Texas
Trial Court Cause No. 02-20-0153.
Opinion delivered by Justice Garcia.
Justices Schenck and Smith
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered September 10, 2021